# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARLENE BURTON**                                                                                              **PLAINTIFF**

V.                          CASE NO. 3:14CV00134-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

## JUDGMENT

Plaintiff Arlene Burton's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 20th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE